UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

RICHARD DeLUCA,

                        Plaintiff,

       -against-


HENRY M. PAULSON, JR.,



                       Defendant.
--------------------------------------------------------------------X

**ORDER**

**08-CV-4089 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

The Report and Recommendation ("R&R") of Magistrate Judge Cheryl L. Pollak dated April 22, 2009 (Docket Entry #5), though unopposed, has been reviewed by the court and is hereby adopted in its entirety. Accordingly, Plaintiff's action is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

s/ NGG

Dated: Brooklyn, New York
       March 31, 2010

NICHOLAS G. GARAUFIS
United States District Judge